689 A.2d 223

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Denzel JACKSON.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 1997.

Decided Feb. 19, 1997.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent.